August Von Glahn and Laura Von Glahn, his wife, appellants, v. City of Chicago, appellee. Gen. No. 34,082.

Heard in the first division of this court for the first district at the February term, 1930.

Opinion filed June 30, 1930.

George A. Mason, for appellants; Angus Roy Shannon and Henry E. Mason, of counsel. Samuel A. Ettelson, Corporation Counsel, Gotthard A. Dahlberg, Wm. T. Crilly and Joseph J. Thompson, Assistant Corporation Counsel, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

John K. Law, appellee, v. The Brunswick-Balke-Collender Company, appellant. Gen. No. 34,103.

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930. Rehearing denied and opinion slightly modified July 11, 1930.

Ryan, Condon & Livingston, for appellant. Cavender, Milchrist & Kaiser, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Lucien G. Yoe and Clarence S. Wadsworth, appellants, v. City of Chicago, appellee. Gen. No. 34,187.

Heard in the first division of this court for the first district at the April term, 1930.

Opinion filed June 30, 1930.

George A. Mason, for appellants; Angus Roy Shannon and Henry E. Mason, of counsel. Samuel A. Ettelson, Corporation Counsel, Gotthard A. Dahlberg, Wm. T. Crilly and Joseph J. Thompson, Assistant Corporation Counsel, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Hans Lehman, plaintiff in error, v. Grace Helen Lehman, defendant in error. Gen. No. 34,212.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930.

Bernard J. Juron, for plaintiff in error. Wm. Sherman Stahl and Ernest Stout, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.